UNITED STATES MAGISTRATE JUDGE
J. KELLEY ARNOLD

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TYLER ROBERTSON, et al.,

Plaintiffs,

vs.

ERIC HELPENSTELL, et al.,

Defendants.

Case No. C07-5157-JKA

ORDER GRANTING LEAVE TO WITHDRAW

This matter having come before the Court on the Motion of G. Val Tollefson, Danielson Harrigan Leyh & Tollefson LLP to withdraw as attorneys for the defendants Eric Helpenstell and Annette Lunderville, and the Court having considered the Declaration of G. Val Tollefson, together with any other pleading filed in support of or opposition to the Motion, and the plaintiff, and Eric Helpenstell and Annette Lunderville having had the opportunity to be heard, it is hereby

ORDERED that G. Val Tollefson and Danielson Harrigan Leyh & Tollefson LLP may withdraw effective this date, and that all further pleadings should be served on defendants at their home address of 4007 - 66th Street NW, Gig Harbor, WA 98335.

[ORDER GRANTING LEAVE TO WITHDRAW -
1ORDER GRANTING LEAVE TO WITHDRAW

LAW OFFICES
**DANIELSON HARRIGAN LEYH & TOLLEFSON LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

1  DONE this 26th day of November, 2007.

2

3

4
           */s/ J. Kelley Arnold*
           UNITED STATES MAGISTRATE JUDGE
           J. KELLEY ARNOLD

5  Presented by:

6  DANIELSON HARRIGAN LEYH & TOLLEFSON LLP

7

8

9  By _____
        G. Val Tollefson, WSBA #5379

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

[ORDER GRANTING LEAVE TO WITHDRAW -
2ORDER GRANTING LEAVE TO WITHDRAW

LAW OFFICES
**DANIELSON HARRIGAN LEYH & TOLLEFSON LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

# CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of November, 2007, I caused to be served a true and correct copy of the foregoing [PROPOSED] ORDER GRANTING LEAVE TO WITHDRAW in the above-referenced matter by methods indicated below, and addressed to the following:

**Defendants Eric Helpenstell and Annette Lunderville**

| | |
|---|---|
| Eric Helpenstell | _____ US Mail |
| Annette Lunderville | _____ ECF |
| 4007 – 66th Street NW | _____ Facsimile |
| Gig Harbor, WA  98335 | _____ Messenger Delivery |
| Telephone:  (253) 853-5338 | _____ Email |
| Fax; (208) 361-2231 | |
| Email:  mdmf007@gmail.com | |

**Counsel for Plaintiffs Tyler Robertson and Pacific Wildfire, LLC**

| | |
|---|---|
| Robert J. Monjay | _____ US Mail |
| Clausen Law Firm | _____ ECF |
| 701 5th Avenue, Suite 7230 | _____ Facsimile |
| Seattle, WA  98104 | _____ Messenger Delivery |
| Telephone:  (206) 223-0335 | _____ Email |
| Fax:  (206) 223-0337 | |
| Email:  rmonjay@clausenlawfirm.com | |

_____
Susie Clifford

[ORDER GRANTING LEAVE TO WITHDRAW -
3ORDER GRANTING LEAVE TO WITHDRAW

LAW OFFICES
**DANIELSON HARRIGAN LEYH & TOLLEFSON LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717