Magistrate Judge J. Kelley Arnold

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| TYLER ROBERTSON, a single person, and PACIFIC WILDFIRE, LLC, a Nevada limited liability company,<br><br>    Plaintiff,<br><br>  v.<br><br>ERIC HELPENSTELL and ANNETTE LUNDERVILLE, husband and wife and the marital community comprised thereof, d.b.a. PACIFIC WILDFIRE NORTHWEST,<br><br>    Defendant. | NO. C07-5157<br><br>ORDER ON TYLER ROBERTSON'S MOTION TO COMPEL RESPONSES TO DISCOVERY REQUESTS TO DEFENDANTS |

  This matter, coming before the Court on Tyler Robertson's motion to compel discovery responses from the Defendants, and the Court having considered:

  1.  Tyler Robertson's Motion to Compel Responses to Discovery Requests to Defendants;

  2.  Declaration of Robert J. Monjay;

  3.  Responsive pleadings of other parties (none filed); and

  4.  Robertson's reply.

  Based on the foregoing, it is HEREBY

  ORDERED that Defendants, Eric Helpenstell and Annette Lunderville must serve full and complete responses to Robertson's interrogatories and requests for production within ten (10) days of the date of this order.

---

TYLER ROBERTSON'S MOTION TO COMPEL
RESPONSES TO DISCOVERY REQUESTS TO
DEFENDANTS - 1

CLAUSEN LAW FIRM PLLC
MARK A. CLAUSEN WSBA 15693
701 FIFTH AVENUE • SUITE 7230
SEATTLE, WASHINGTON 98104
(206) 223-0335 • FAX (206) 223-0337
E-Mail: mclausen@clausenlawfirm.com

IT IS FURTHER ORDERED that Defendants Eric Helpenstell and Annette Lunderville shall pay to Plaintiff Tyler Robertson $500.00 for the cost of having to bring this motion.

IT IS FURTHER ORDERED that Defendants Eric Helpenstell and Annette Lunderville shall be prohibited from putting forth any evidence or calling any witnesses at trial that were not included in their initial disclosures.

DATED this 18th day of April, 2008.

_/s/ J. Kelley Arnold_
Magistrate Judge J. Kelley Arnold

Presented by:

CLAUSEN LAW FIRM PLLC

Mark A. Clausen, WSBA #15693
Robert J. Monjay, WSBA #34967
Attorneys for Plaintiffs

**TYLER ROBERTSON'S MOTION TO COMPEL RESPONSES TO DISCOVERY REQUESTS TO DEFENDANTS - 2**

CLAUSEN LAW FIRM PLLC
MARK A. CLAUSEN WSBA 15693
701 FIFTH AVENUE • SUITE 7230
SEATTLE, WASHINGTON 98104
(206) 223-0335 • FAX (206) 223-0337
E-Mail: mclausen@clausenlawfirm.com