# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

TYLER ROBERTSON, et al.,

    Plaintiff,

v.

ERIC HELPENSTELL and ANNETTE LUNDERVILLE, husband and wife, et al.,

    Defendant.

**Case No.** C07-5157 JKA

ORDER STRIKING MOTION FOR JUDGMENT AND ORDER TO PAY

    This matter comes before the court on Plaintiff's Motion for Judgment and Order to Pay dated June 3, 2008. The court has considered the plaintiff's motion and accompanying declaration. The defendant responded alleging that the $500 sought by plaintiff was forwarded by defense counsel on June 6, 2008.

    The court is denying the request for additional fees and costs in conjunction with this motion, and is striking the Motion for Judgment and Order to Pay as moot.

Dated this 24th day of June 2008.

    */s/ J. Kelley Arnold*
    J. Kelley Arnold
    U.S. Magistrate Judge

Order - 1