UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TYLER ROBERTSON, a single person, and PACIFIC WILDFIRE, LLC, a Nevada limited liability company,<br>                    Plaintiff,<br><br>v.<br><br>ERIC HELPENSTELL and ANNETTE LUNDERVILLE, husband and wife; , and the marital community comprised thereof, d/b/a/ PACIFIC WILDFIRE NORTHWEST,<br>                    Defendants. | Case No. C07-5157 JKA<br><br>ORDER APPOINTING RECEIVER and STAYING PROCEEDING |

This matter comes before the court on its own motion to appoint a receiver. The court, having alerted counsel to the potential need for a receiver, has received proposed nominees from both sides. It appearing to the court that the assets subject of this litigation are located primarily in the area of Boise, Idaho, and the court having satisfied itself as to the qualifications and expertise of Richard E. Crawforth of Boise, Idaho, now therefore:

IT IS HEREBY ORDERED AS FOLLOWS:

1. Richard E. Crawforth, 410 S.Orchard Street, Suite 172 Boise, Idaho 83705 (Ph: 208-424-3122) is hereby appointed to act as receiver in this matter, and to serve without bond.

2. The receiver is authorized to retain counsel, and is directed to act in compliance with the Federal Laws of Civil Procedure, and the Local Rules for the United States District Court of the Western District of Washington.

Order - 1

3. The parties and counsel are directed to work cooperatively with the receiver as he exercises the authority of his office.

4. In recognition of the geographical constraints, the court will entertain requests for resolution of disputes telephonically if necessary.

5. <u>Counsel are directed to transmit a copy of this order to Richard E. Crawforth forthwith.</u>

6. The trial date is stricken, and the matter is stayed pending a motion by either party or court intervention. <u>The clerk is directed to schedule a status check date of October 1, 2008.</u>

Dated this 25th day of June 2008.

*/s/ J. Kelley Arnold*
J. Kelley Arnold
U.S. Magistrate Judge

Order - 2