# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

TYLER ROBERTSON, a single person, and PACIFIC WILDFIRE, LLC, a Nevada Limited Liability Company,
        Plaintiffs,

v.

ERIC HELPENSTELL and ANNETTE LUNDERVILLE, husband and wife and the marital community comprised thereof, d.b.a. PACIFIC WILDFIRE NORTHWEST,
        Defendants.

**Case No.** C07-5157 JKA

ORDER GRANTING RECEIVER'S MOTION TO COMPEL TURNOVER OF PROPERTY

    This matter comes before the court on Receiver's Motion to Compel Turnover of Property. The court has reviewed all materials submitted in support of and in response to said motion as well as the files and records herein.

    <u>Receiver's Motion to Compel Turnover of Property is hereby granted, without prejudice to the right of any party to file of Proof of Claim for administrative costs and/or fees expended.</u>

    Dated this 8th day of December 2008.

*/s/ J. Kelley Arnold*
J. Kelley Arnold
U.S. Magistrate Judge

Order - 1