UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TYLER ROBERTSON, *et al*., | Case No. C07-5157JKA |
| Plaintiffs, | ORDER APPROVING EMPLOYMENT OF AUCTIONEER |
| v. | |
| ERIC HELPENSTELL, *et al*., | |
| Defendants. | |

This matter coming before the court on the court appointed receiver's motion for an order approving the employment of a professional auctioneer, there being no objections or opposition to the motion, and the request appearing reasonable,

NOW THEREFORE, it is hereby order that the receiver's request to employ the services of Music & Sons, Auctioneers and Appraisers, Inc., as specified in the motion is hereby GRANTED.

DATED this 9th day of February, 2009.

*/s/ J. Kelley Arnold*
J. Kelley Arnold
United States Magistrate Judge