UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TYLER ROBERTSON, *et al,*<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>ERIC HELPENSTELL, *et al,*<br><br>　　　　　　Defendants. | Case No. C07-5157JKA<br><br>ORDER APPROVING EMPLOYMENT OF ATTORNEYS |

This matter coming before the court on the court appointed receiver's motion for an order approving the employment of attorneys, there being no objections or opposition to the motion, and the request appearing reasonable,

NOW, THEREFORE, it is hereby ordered that the receiver's request to employ the services of the law firm of Evans, Keane LLP, as specified in the motion, is hereby GRANTED.

DATED this 6th day of April, 2009.

*/s/ J. Kelley Arnold*
J. Kelley Arnold
U.S. Magistrate Judge

ORDER
Page - 1