# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

TYLER ROBERTSON, et al.,

    Plaintiffs,

v.

ERIC HELPENSTELL, et al.,

    Defendants.

**Case No.** C07-5157JKA

ORDER DENYING PLAINTIFF'S MOTION FOR ORDER SEEKING REIMBURSEMENT AND INTEREST (without prejudice)

This matter comes before the court on the Plaintiff's Motion for Order to Reimburse Robertson and Award Interest. The court has considered all materials submitted in support of and in response to said motion.

<u>Plaintiff's Motion is denied (without prejudice) as premature.</u>

Dated this 20th day of April 2009.

    */s/ J. Kelley Arnold*

    J. Kelley Arnold

    U.S. Magistrate Judge

Order - 1