# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

TYLER ROBERTSON, et al.,

    Plaintiff(s),

vs.

ERIC HELPENSTELL et al.,,

    Defendant(s).

**Case No. C07-5157JKA**

**ORDER APPROVING EMPLOYMENT OF PROFESSIONAL ACCOUNTANT BY RECEIVER**

This matter comes before the court on Application of the Receiver for an Order Approving Employment of Professional Accountant. The court has considered the Application, reviewed the files and records herein, and notes that no objection has been filed by the date requested (September 21, 2009).

Accordingly, the Receiver's Application for Approval to Employ Candy Charlwood, CPA, for the purposes set forth in the Application is hereby approved.

Dated this 22 day of September 2009.

*/s/ J. Kelley Arnold*
J. Kelley Arnold
U.S. Magistrate Judge

Order - 1