UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TYLER ROBERTSON, a single person, and PACIFIC WILDFIRE, LLC, a Nevada limited liability company,<br><br>　　　　　Plaintiff,<br>　vs.<br><br>ERIC HELPENSTELL and ANNETTE LUNDERVILLE, husband and wife; and the marital community comprised thereof, d/b/a PACIFIC WILDFIRE NORTHWEST,<br><br>　　　　　Defendants. | Case No: C07-5157-JKA<br><br>**ORDER TO MODIFY TIME LIMITS ON CLAIMS PROCEDURE** |

Richard E. Crawforth, the Receiver ("Receiver") filed an Exparte Motion to Modify Time Limits on Claims Procedure. For good cause appearing it is hereby ordered that the time deadline as would be applicable by reference to the Order Approving Forms and Procedure (Doc. # 56) for filing a Summary of Proofs of Claim is hereby modified to be October 23, 2009 with the 90 day deadline for objection to Proofs of Claim to run thereafter.

DATED this 26th day of October, 2009.

_/s/ J. Kelley Arnold_

J. Kelley Arnold
United States Magistrate Judge