# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TYLER ROBERTSON, et al., | |
| Plaintiff(s), | **Case No.** C07-5157 JKA |
| vs. | ORDER DENYING PLAINTIFF'S MOTION FOR ATTORNEYS FEES (Doc. #84) |
| ERIC HELPENSTELL, et al., | |
| Defendant(s). | |

This matter comes before the court on plaintiff's Motion for Attorneys Fees. The court has considered the written motion of plaintiff, the written response of defendant, and the oral reply of plaintiff tendered during a telephone conference this date, and being fully advised,

NOW THEREFORE, it is the order of the court that plaintiff's Motion for Attorneys Fees (Doc.#84) be and the same is hereby denied without prejudice.

Dated this 12th day of May 2009.

*/s/ J. Kelley Arnold*
J. Kelley Arnold
U.S. Magistrate Judge

Order - 1