UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TYLER ROBERTSON, a single person, and PACIFIC WILDFIRE, LLC, a Nevada limited liability company,<br><br>            Plaintiff,<br>    vs.<br><br>ERIC HELPENSTELL and ANNETTE LUNDERVILLE, husband and wife; and the marital community comprised thereof, d/b/a PACIFIC WILDFIRE NORTHWEST,<br><br>            Defendants. | Case No.:  C07-5157-JKA<br><br>**ORDER ON RECEIVER'S MOTION FOR AN ADDITIONAL OBJECTION PERIOD ON CLAIM NO. 10** |

The Motion For Additional Objection Period On Claim No. 10 (Docket No.88) was filed by the Receiver on May 18, 2010.  For good cause appearing, IT IS HEREBY ORDERED that an additional ten (10) day period shall be allowed for any interested party to object to Claim No. 10, asserted on behalf of the Washington Department of Labor and Industries.  The ten (10) day shall run from the date of entry of this Order.

Dated this 3rd day of June, 2010.

_____
J. Kelley Arnold
United States Magistrate Judge