# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TYLER ROBERTSON, a single person, and PACIFIC WILDFIRE, LLC, a Nevada limited liability company,<br><br>Plaintiff(s),<br><br>vs.<br><br>ERIC HELPENSTELL and ANNETTE LUNDERVILLE, husband and wife; and the marital community comprised thereof, d/b/a PACIFIC WILDFIRE NORTHWEST. ,<br><br>Defendant(s). | Case No.  C07-5157 JKA<br><br>**ORDER GRANTING APPLICATION FOR INTERIM COMPENSATION FOR ATTORNEY OF RECEIVER** |

This matter comes before the court pursuant to the Application for Interim Compensation for Attorney of Receiver (Doc#92); the court having considered the files and records herein, having considered the reasonableness of the request, noting no objections filed, and recognizing the application and grant of counsel to appear Pro Hac Vice (Doc#89/90),

NOW THEREFORE, IT IS HEREBY ORDERED that the application of Evans Keane LLP by and through Jed W. Manwaring, a partner, for interim compensation for services rendered and costs advanced on behalf of the Receiver, Richard Crawforth, in the sum of $9170.36 is hereby granted.  The Receiver is authorized to disburse said funds forthwith.

Dated this 3rd  day of June 2010.

*/s/ J. Kelley Arnold*
J. Kelley Arnold
U.S. Magistrate Judge

Order - 1