# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TYLER ROBERTSON, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> ERIC HELPENSTELL, et al., <br><br> Defendants. | Case No. C07-5157 JKA <br><br> ORDER DENYING WASHINGTON STATE DEPARTMENT OF LABOR AND INDUSTRIES CLAIM (#10) |

This matter comes before the court following the June 11, 2010 notice to the Washington State Department of Labor and Industries of the court appointed receiver's objection to the Labor and Industries claim. Claimant was notified that failure to correct by way of an amended claim within 30 days could result in a court order disallowing the claim.

Although the receiver has made no formal request for rejection/denial, the court notes that 90 days have passed with no response from claimant.

<u>**Accordingly, the court hereby directs that the Washington State Department of Labor and Industries Claim (#10) be and the same is hereby denied.**</u>

Dated this 9.th day of September 2010.

*/s/ J. Kelley Arnold*
J. Kelley Arnold
U.S. Magistrate Judge

Order - 1