UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TYLER ROBERTSON, a single person, and PACIFIC WILDFIRE, LLC, a Nevada limited liability company,<br><br>    Plaintiff,<br> vs.<br><br>ERIC HELPENSTELL and ANNETTE LUNDERVILLE, husband and wife; and the marital community comprised thereof, d/b/a PACIFIC WILDFIRE NORTHWEST,<br><br>    Defendants. | Case No.:  C07-5157-JKA<br><br>**ORDER DENYING MIKE BLIMKA CLAIM (#2)** |

  This matter comes before the Court following the January 20, 2010, notice to Mike Blimka of the court appointed Receiver's Objection to Claim No. 2 and Notice (Doc. 70). Claimant was notified that failure to correct by way of an amended claim within 30 days could result in a court order disallowing the claim.

  Although the receiver has made no formal request for rejection/denial, the court notes that 90 days have passed with no response from claimant.

  **Accordingly, the Court hereby directs that Claim (#2) of Mike Blimka be and the same is hereby denied.**

  DATED this 15th day of October, 2010.

                 _/s/ J. Kelley Arnold_
                 J. Kelley Arnold
                 United States Magistrate Judge